IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOHN SMITH                                                                                 PLAINTIFF
Reg #10924-028

v.                           CASE NO. 2:23-CV-00003-BSM

JOHN YATES                                                             DEFENDANT

## ORDER

Having reviewed the record *de novo*, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 9] is adopted and John Smith's petition for habeas relief [Doc. No. 1] is dismissed without prejudice because he challenges the conditions of his confinement rather than the validity or length of his confinement.

IT IS SO ORDERED this 22nd day of May, 2023.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE