IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN SMITH** **PLAINTIFF**
Reg #10924-028

v.  CASE NO. 2:23-CV-00003-BSM

**JOHN YATES** **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE